1

2

3

4                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                              AT TACOMA

6

7   UNITED STATES OF AMERICA,                    CASE NO. CR11-5377BHS

                        Plaintiff,
8                                                ORDER

            v.
9

    ANN LOUISE LUDWIG,
10
                        Defendant.
11
            This matter comes before the Court on Defendant's third motion to continue the trial date
12
    in this case.  The Court has considered the motion and affidavit of defense counsel and denies the
13
    motion for the following reasons:
14
            1.  Defense counsel was appointed on January 7, 2011 and has continuously represented
15
    Ms. Ludwig since that time.
16
            2.  Defendant was indicted on July 21, 2011, and since that time the defense has filed
17
    three unopposed motions to continue the trial date, including this motion.
18
            3.  In the two most recent affidavits in support of motions to continue trial, the defense
19
    acknowledges that the amount of loss alleged by the government is relatively modest and the
20
    volume of discovery for a financial case is relatively modest.  ECF Dkts. 30 and 37.
21
            4.  The defense has not shown compelling reasons to support a third continuance of the
22
    trial date in this case.

1    NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's third motion to

2 continue the trial date is DENIED. Pretrial conference remains set for April 23, 2012, at 1:30

3 p.m., and trial will commence on May 1, 2012, at 9:00 a.m.

4    Dated this 12th day of April, 2012.

5

6

7    _____
     BENJAMIN H. SETTLE
8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22