UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANN LOUISE LUDWIG,

Defendant.

CASE NO. CR11-5377 BHS

ORDER

This matter comes before the Court on Defendant Ann Ludwig's ("Ludwig") motion for acquittal or new trial. Dkt. 90.

On May 21, 2012, the Court found Ludwig guilty of numerous counts in the indictment. *See* Dkt. 86. On June 4, 2012, Ludwig filed the instant motion requesting either an acquittal or new trial in the interests of justice. Dkt. 90.

The Court finds that there was sufficient evidence in the record to support the convictions. Therefore, the Court **DENIES** Ludwig's motion.

Dated this 19th day of June, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER